# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2010 AUG 18 PM 3: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] OLLY NIEVES-BURGOS,<br>(Counts 1-13);<br><br>[2] RAMIRO ESCOBAR-LLANCH,<br>(Counts 14-18);<br><br>[3] JEFFREY VILLALOBOS,<br>(Counts 19-22);<br><br>[4] PEDRO RIVERA,<br>(Counts 23-27);<br><br>[5] ELISEO CASTRO,<br>(Counts 1-27);<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 10-284 (ADC)<br><br>VIOLATIONS:<br><br>Title 18, United States Code, Sections 2, 371 and 912<br><br>(TWENTY-SEVEN COUNTS) |

**THE GRAND JURY CHARGES:**

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1. Defendants [1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS, and [4] PEDRO RIVERA were employees of the United States Postal Service ("Postal Service"), assigned as mail carriers at the 65th Infantry Post Office in San Juan, Puerto Rico.

2. Defendants [1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS, and [4] PEDRO RIVERA were assigned to deliver the mail on specific routes.

3. Defendant **[5] ELISEO CASTRO** was not an employee of the Postal Service during the time of the conspiracy, and was not authorized to receive, possess, or deliver the mail.

4. Defendant **[5] ELISEO CASTRO** was not authorized to wear the badge or uniform of the Postal Service.

5. Defendants **[1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS,** and **[4] PEDRO RIVERA,** knowing that defendant **[5] ELISEO CASTRO** was not a Postal Service employee, hired him to deliver the mail entrusted to them for its proper delivery without authorization from the Postal Service.

## OBJECT OF THE CHARGED CONSPIRACIES

The object of the charged conspiracies was to make it appear that defendant **[5] ELISEO CASTRO** was a Postal Service employee so that defendants **[1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS,** and **[4] PEDRO RIVERA** would receive pay and benefits from the Postal Service without performing their assigned duties.

## MANNER AND MEANS OF THE CHARGED CONSPIRACIES

The manner and means by which the defendants and their co-conspirators would accomplish and further the object of the conspiracies, among others, included the following:

1. It was a part of the manner and means of the conspiracies that defendants **[1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS,** and **[4] PEDRO RIVERA** would arrive to their place of employment at the 65th Infantry Post Office in San Juan, Puerto Rico. There the defendants received and processed the mail assigned to their

routes, loaded the mail into Postal Service delivery vehicles and left the post office, purportedly to deliver the mail.

  2. It was further a part of the manner and means of the conspiracies that defendants **[1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS,** and **[4] PEDRO RIVERA** would then contact defendant **[5] ELISEO CASTRO** and provide him with the mail entrusted to them for delivery on their routes.

  3. It was further a part of the manner and means of the conspiracies that defendant **[5] ELISEO CASTRO** would dress in a Postal Service uniform and drive a personal vehicle with a Postal Service placard on the dashboard. Once the defendants provided the mail to **[5] ELISEO CASTRO**, he would deliver the mail and receive payment from defendants **[1] OLLY NIEVES-BURGOS, [2] RAMIRO ESCOBAR-LLANCH, [3] JEFFREY VILLALOBOS,** and **[4] PEDRO RIVERA**.

## COUNT ONE

Paragraphs One through Five of the General Allegations are re-alleged and incorporated as though fully set forth herein.

From in or about February 2009 to the present, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] OLLY NIEVES-BURGOS,**
**[5] ELISEO CASTRO,**

the defendants herein did knowingly and intentionally combine, conspire, and agree with diverse other persons known and unknown to the Grand Jury to commit an offense against the United States, that is: to have **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character to have **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail. All in violation of Title 18, United States Code, Sections 912 and 371.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed several overt acts, including those listed in this indictment as Counts Two through Thirteen, all committed in the Judicial District of Puerto Rico and elsewhere.

## COUNTS TWO through THIRTEEN

Paragraphs One through Five of the General Allegations and Count One are re-alleged and incorporated as though fully set forth herein.

On or about the dates listed below, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] OLLY NIEVES-BURGOS,**
**[5] ELISEO CASTRO,**

the defendants herein, aiding and abetting one another, had **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character had **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail, as listed below:

| Counts | Dates |
|--------|-------|
| 2 | June 22, 2009 |
| 3 | July 24, 2009 |
| 4 | July 27, 2009 |
| 5 | January 13, 2010 |
| 6 | January 14, 2010 |
| 7 | January 19, 2010 |
| 8 | January 23, 2010 |
| 9 | February 11, 2010 |
| 10 | February 13, 2010 |
| 11 | February 18, 2010 |
| 12 | February 19, 2010 |
| 13 | February 20, 2010 |

Each date listed above constituting a separate and distinct violation of Title 18, United States Code, Sections 912 and 2.

## COUNT FOURTEEN

Paragraphs One through Five of the General Allegations are re-alleged and incorporated as though fully set forth herein.

From in or about February 2009 to the present, in the District of Puerto Rico and within the jurisdiction of this Court,

### [2] RAMIRO ESCOBAR-LLANCH,
### [5] ELISEO CASTRO,

the defendants herein did knowingly and intentionally combine, conspire, and agree with diverse other persons known and unknown to the Grand Jury to commit an offense against the United States, that is: to have **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character to have **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail. All in violation of Title 18, United States Code, Sections 912 and 371.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed several overt acts, including those listed in this indictment as Counts Fifteen through Eighteen, all committed in the Judicial District of Puerto Rico and elsewhere.

## COUNTS FIFTEEN through EIGHTEEN

Paragraphs One through Five of the General Allegations and Count Fourteen are re-alleged and incorporated as though fully set forth herein.

On or about the dates listed below, in the District of Puerto Rico and within the jurisdiction of this Court,

**[2] RAMIRO ESCOBAR-LLANCH,
[5] ELISEO CASTRO,**

the defendants herein, aiding and abetting one another, had **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character had **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail, as listed below:

| Counts | Dates |
|---|---|
| 15 | September 24, 2009 |
| 16 | January 13, 2010 |
| 17 | February 5, 2010 |
| 18 | February 10, 2010 |

Each date listed above constituting a separate and distinct violation of Title 18, United States Code, Sections 912 and 2.

## COUNT NINETEEN

Paragraphs One through Five of the General Allegations are re-alleged and incorporated as though fully set forth herein.

From in or about February 2009 to the present, in the District of Puerto Rico and within the jurisdiction of this Court,

### [3] JEFFREY VILLALOBOS,
### [5] ELISEO CASTRO,

the defendants herein did knowingly and intentionally combine, conspire, and agree with diverse other persons known and unknown to the Grand Jury to commit an offense against the United States, that is: to have **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character to have **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail. All in violation of Title 18, United States Code, Sections 912 and 371.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed several overt acts, including those listed in this indictment as Counts Twenty through Twenty-Two, all committed in the Judicial District of Puerto Rico and elsewhere.

## COUNTS TWENTY through TWENTY-TWO

Paragraphs One through Five of the General Allegations and Count Nineteen are re-alleged and incorporated as though fully set forth herein.

On or about the dates listed below, in the District of Puerto Rico and within the jurisdiction of this Court,

**[3] JEFFREY VILLALOBOS,**
**[5] ELISEO CASTRO,**

the defendants herein, aiding and abetting one another, had **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character had **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail, as listed below:

| Counts | Dates |
|---|---|
| 20 | June 16, 2009 |
| 21 | June 22, 2009 |
| 22 | July 28, 2009 |

Each date listed above constituting a separate and distinct violation of Title 18, United States Code, Sections 912 and 2.

## COUNT TWENTY-THREE

Paragraphs One through Five of the General Allegations are re-alleged and incorporated as though fully set forth herein.

From in or about February 2009 to the present, in the District of Puerto Rico and within the jurisdiction of this Court,

### [4] PEDRO RIVERA,
### [5] ELISEO CASTRO,

the defendants herein did knowingly and intentionally combine, conspire, and agree with diverse other persons known and unknown to the Grand Jury to commit an offense against the United States, that is: to have **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character to have **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail. All in violation of Title 18, United States Code, Sections 912 and 371.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed several overt acts, including those listed in this indictment as Counts Twenty-Four through Twenty-Seven, all committed in the Judicial District of Puerto Rico and elsewhere.

## COUNTS TWENTY-FOUR through TWENTY-SEVEN

Paragraphs One through Five of the General Allegations and Count Twenty-Three are re-alleged and incorporated as though fully set forth herein.

On or about the dates listed below, in the District of Puerto Rico and within the jurisdiction of this Court,

**[4] PEDRO RIVERA,**
**[5] ELISEO CASTRO,**

the defendants herein, aiding and abetting one another, had **[5] ELISEO CASTRO** falsely assume and pretend to be an employee of the United States acting under the authority thereof, that is as a mail carrier of the United States Postal Service, and in such assumed and pretended character had **[5] ELISEO CASTRO** act as such, by dressing as a Postal Service employee and delivering the mail, as listed below:

| Counts | Dates |
|---|---|
| 24 | June 30, 2009 |
| 25 | July 28, 2009 |
| 26 | January 15, 2010 |
| 27 | March 6, 2010 |

Each date listed above constituting a separate and distinct violation of Title 18, United States Code, Sections 912 and 2.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*[signature]*
**JOSE A. RUIZ-SANTIAGO**
Assistant United States Attorney
Chief, Criminal Division

Date: 8-18-10

*[signature]*
**TIMOTHY HENWOOD**
Assistant United States Attorney
Chief, Narcotics Unit

*[signature]*
**SEAN TORRIENTE**
Assistant United States Attorney

*Indictment United States v. Olly Nieves-Burgos,*   Page 11 of 11